UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK WARFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>    Defendants. | No. 2: 17-cv-2661 KJN P<br><br>ORDER & FINDINGS & RECOMMENDATIONS |

By order filed January 11, 2018, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On January 19, 2018, the January 11, 2018 order was re-served on plaintiff at his new address of record. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 14, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

War2661.fta